IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | § | |
| | § | No. 302, 2026 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Court of Common |
| | § | Pleas of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2411004444 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: July 27, 2026
Decided: July 31, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR** and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the notice to show cause and the appellant's response, it appears to the Court that:

(1)　On July 21, 2026, the appellant, Nina Shahin, filed a notice of appeal in this Court from a July 16, 2026 Court of Common Pleas order sentencing her for a violation of probation. The Senior Court Clerk issued a notice directing Shahin to show cause why her appeal should not be dismissed based on this Court's lack of jurisdiction to hear an appeal directly from the Court of Common Pleas.

(2)　In her response to the notice to show cause, Shahin argues that this Court has jurisdiction to hear her appeal. Shahin is mistaken. This Court has no

jurisdiction under the Delaware Constitution to consider an appeal directly from the Court of Common Pleas.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rule 29(b).

BY THE COURT:


/s/ Collins J. Seitz, Jr.
Chief Justice

---

[1] Del. Const. art. IV, § 11(a)(2) (providing that this Court has jurisdiction to receive appeals *from the Superior Court* in criminal causes if the sentence imposed is death, imprisonment exceeding one month, or a fine in excess of $100).